The Law Offices of Verne Rupright & Associates, LLC
Verne Rupright Attorney for the Plaintiff
322 Main Street Wasilla, Alaska 99654
(907) 373-3215 Phone
(907) 373-3217 Fax

RECEIVED
APR 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY GEORGE JEFFORD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RODNEY PUCAK, )Case No. A-_____ CI (___) | |
| JAMES MALONEY, individually and in their ) | |
| official capacities, ) 3:06-CV-00075 TMB | |
| ) | |
| Defendant. ) | |

## JURY TRIAL DEMAND

COMES NOW the Plaintiff, Jerry George Jefford, by and through counsel, The Law Offices of Verne Rupright & Associates, LLC, Verne Rupright, and hereby demands a jury trial in the above entitled matter.

DATED this 30th day of March 2006.

                The Law Offices of Verne Rupright & Associates, LLC
                322 Main Street Wasilla, Alaska 99654
                (907) 373-3215 Phone
                (907) 373-3217 Fax

                _____
                Verne Rupright
                Attorney for the Plaintiff Jerry George Jefford
                Alaska Bar No. 9306013