# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

__JERRY GEORGE JEFFORD__   v.   __RODNEY PUCAK, et al.__

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                CASE NO. __3:06-cv-00075 TMB__

__Patty Demeter__

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 6, 2006

**Plaintiff is required to take action as to:**

| Complaint | Amended Complaint | Third Party Complaint | Complaint In Intervention |
|---|---|---|---|
| [__XX__] | [ ] | [ ] | [ ] |

__XX__   Failure to Serve.  Proof of service as to one or more defendants is lacking.  File proofs of service on those defendants already served.  Proceed to serve any other defendants so as to comply with Rule 4(m), Federal Rules of Civil Procedure.

___   Case Not at Issue.  An answer has not been filed by one or more defendants served in this case.  Where the time to answer has expired, require an answer immediately or apply for default within 20 days from the date of this minute order.

___   Dismissal for Failure to Serve (Warning!).  Proof of service is lacking as to defendant(s) named below.  Any defendant as to whom a proof of service is not on file by 120 days from the filing of the complaint will be dismissed.  Rule 4(m), Federal Rules of Civil Procedure.  Defendant(s):

___   Dismissal for Failure to Take Action (Warning!).  An answer has not been filed by nor default taken as to defendant(s) named below, and plaintiff has ignored a prior minute order on this subject.  Defendant(s) as to whom the case is not at issue 120 days from filing of the complaint will be dismissed for lack of prosecution.  Defendant(s):

___   Case Dismissed.  For failure to __ make service or __ failure to take a default or require an answer, this case is dismissed without prejudice as to defendant(s):

Plaintiff Required to Take Action
[]{ID1.WPD*Rev.09/02}