IN THE U.S. DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT, AT ANCHORAGE

JERRY GEORGE JEFFORDS )
)
)
)
-VS- Plaintiff(s) )
)
)
RODNEY PUCAK AND JAMES MALONEY ) **RETURN OF SERVICE**
)
)
Defendant(s) )

Case No: 06-CV-00075 TMB

I certify that on   Saturday, June 24, 2006   at   8:49 P.M.   I served the following documents
SUMMONS (FEDERAL), COMPLAINT, JURY TRIAL DEMAND

on the therein named   RODNEY PUCAK

at   975 IROQUOIS   in   Wasilla, Alaska by leaving a true and correct copy with
VICKI PUCAK, SPOUSE, A PERSON OF REASONABLE AGE AND DISCRETION RESIDING AT DEFENDANT'S RESIDENCE AND USUAL PLACE OF ABODE

Process Server / CORY WILLIAMSON

SUBSCRIBED AND SWORN to me this day of   Monday, June 26, 2006

Notary Public in and for the State of Alaska
My Commission Expires: _____ (SEAL)

Attorney: RUPRIGHT & ASSOCIATES
322 N. MAIN STREET
WASILLA, AK 99654

Attention: MARK NUNN
File No:
Service Fee: $35.00
Mileage: $10.00
Endeavor:
Endeavor:
Total: $45.00   (A.P.S.) NO:   63760

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237

Exhibit 2
Page 1 of 1