IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JERRY GEORGE JEFFORD         )
                             )
        Plaintiff,            )
                             )
vs.                           )
                             )
RODNEY PUCAK and JAMES MALONEY )
                             )
        Defendants.           )
_____ ) 3:06-cv-00075 (TMB)

MOTION TO SERVE JAMES MALONEY BY PUBLICATION, NOTICE OF SERVICE OF RODNEY PUCAK

COMES NOW the Plaintiff, Jerry George Jeffords, by and through counsel The Law Offices of Verne Rupright, Verne Rupright, and hereby moves this court for leave to serve James Maloney by publication. Service by publication appears to be contemplated by Fed.R.Civ.P. 4(e) (1), which permits service "pursuant to the law in which the district is located". Ak.R.Civ.P. 4 (e) (1) and Ak.R.Civ.P. 4 (e) (2) provides for service by publication once a showing of due diligence has been made. The process server retained by Plaintiff was unable to serve Mr. Maloney, was told that she would receive no assistance by the Mat-Su drug team for said service and has been unable to locate Mr. Maloney. The process server's affidavit of due diligence is attached as Exhibit 1.

LAW OFFICES OF VERNE RUPRIGHT & ASSOCIATES, LLC.
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215    Fax: (907)373-3217

1