IN THE U.S. DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT, AT ANCHORAGE

JERRY GEORGE JEFFORDS )
)
)
) Plaintiff(s)
-VS- )
)
RODNEY PUCAK AND JAMES MALONEY ) **RETURN OF WRIT UNSERVED**
)
)
) Defendant(s)

Case No: <u>3:06-CV-00075 TMB</u>

The undersigned, first being duly sworn upon oath, deposes and says, I am returning the following documents:
<u>SUMMONS (FEDERAL), COMPLAINT, JURY TRIAL DEMAND</u>

unserved on the therein named <u>JAMES MALONEY</u> for the reason that:

AFTER CAREFUL INQUIRY AND DUE DILIGENCE, I HAVE BEEN UNABLE TO LOCATE DEFENDANT FOR SERVICE. I CONTACTED THE ALASKA STATE TROOPERS WHO ADVISED THAT OFFICER PUCAK WAS THE ONLY ONE WHO COULD CONTACT JAMES MALONEY. IN THE COURSE OF THE USUAL RESEARCH I WAS NOT ABLE TO ASCERTAIN A CURRENT ADDRESS FOR MR. MALONEY. NO FURTHER INFORMATION IS AVAILABLE. RETURN TO CLIENT,

_____
Process Server / DEBORAH MURPHY

SUBSCRIBED AND SWORN to me this day of Tuesday, July 11, 2006

_____
Notary Public in and for the State of Alaska
My Commission Expires: 03/06/10 (SEAL)

OFFICIAL SEAL
Mark Nunn
Notary Public-State of Alaska
My Comm. Expires 3-6-2010

| | |
|---|---|
| Attorney: | RUPRIGHT & ASSOCIATES |
| | 322 N. MAIN STREET |
| | WASILLA, AK 99654 |
| Attention: | MARK NUNN |
| File No: | |
| Service Fee: | $35.00 ADDITIONAL RESEARCH, TIME & MILEAGE |
| Mileage: | $10.00 |
| Endeavor: | |
| Endeavor: | |
| Total: | $45.00    (A.P.S.) NO: 63764 |

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237

Exhibit 1
Page 1 of 2