IN THE U.S. DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT, AT ANCHORAGE

[JE]RRY GEORGE JEFFORDS                )
                                        )
                                        )
                                        )
[v]s-                    Plaintiff(s)   )
                                        )
                                        )
[RO]DNEY PUCAK AND JAMES MALONEY        )          **RETURN OF SERVICE**
                                        )
                                        )
                         Defendant(s)   )
                                        )

[Ca]se No: 06-CV-00075 TMB

[I c]ertify that on   Saturday, June 24, 2006 at 8:49 P.M.   I served the following documents

[SU]MMONS (FEDERAL), COMPLAINT, JURY TRIAL DEMAND

[on] the therein named   RODNEY PUCAK

[at] 975 IROQUOIS in Wasilla, Alaska by leaving a true and correct copy with

[V]ICKI PUCAK, SPOUSE, A PERSON OF REASONABLE AGE AND DISCRETION RESIDING AT DEFENDANT'S
[R]ESIDENCE AND USUAL PLACE OF ABODE

_____
Process Server / CORY WILLIAMSON

[SU]BSCRIBED AND SWORN to me this day of   Monday, June 26, 2006

_____
Notary Public in and for the State of Alaska
My Commission Expires: (SEAL - DEBORAH MURPHY NOTARY PUBLIC)

Attorney:  RUPRIGHT & ASSOCIATES
           322 N. MAIN STREET
           WASILLA, AK 99654

Attention: MARK NUNN
File No:

[Se]rvice Fee:  $35.00
   Mileage:     $10.00
Endeavor:
Endeavor:

   Total:       $45.00       (A.P.S.) NO:   63760

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237

Exhibit 2
Page 1 of 1