DAVID W. MARQUEZ
ATTORNEY GENERAL

Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax: (907) 258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY GEORGE JEFFORD, )<br>)<br>      Plaintiff, )<br>)<br>Vs. )<br>)<br>RODNEY PUCAK, JAMES MALONEY, )<br>individually and in their official )<br>capacities, )<br>)<br>      Defendants. )<br>_____) | Case No. 3:06-cv-0075 (TMB) |

**ENTRY OF APPEARANCE**

Please take notice that Gilman Dana S. Burke, Assistant Attorney General, Department of Law, 1031 West Fourth Avenue, Suite 200, Anchorage, AK 99501, Telephone: (907) 269-5190, hereby enters his appearance as counsel of record in the above-captioned matter on behalf of defendant Rodney Pucak.

Copies of all notices, motions and pleadings should be sent to the address referenced above.

DATED this 14th day of July, 2006, at Anchorage, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

By:   /s/ Gilman Dana S. Burke
       Assistant Attorney General
       Office of the Attorney General
       1031 W. 4th Ave., Ste. 200
       Anchorage, AK 99501
       Phone: (907) 269-5190
       Fax:   (907) 258-0760
       Dana_Burke@law.state.ak.us
       TWC_ECF@law.state.ak.us
       Alaska Bar No. 9011085

This is to certify that on this date, a copy of this **entry of appearance** is being electronically filed to:

Verne Rupright

/s/ Gilman Dana S. Burke  7/14/06