DAVID W. MARQUEZ
ATTORNEY GENERAL

Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK  99501
Phone: (907) 269-5190
Fax: (907) 258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY GEORGE JEFFORD,                    )<br>                                                           )<br>            Plaintiff,                               )<br>                                                           )<br>        Vs.                                           )<br>                                                           )<br>RODNEY PUCAK, JAMES MALONEY,   )<br>individually and in their official          )<br>capacities,                                        )<br>                                                           )<br>            Defendants.                          )<br>_____ ) | Case No. 3:06-cv-0075 (TMB) |

**DEMAND FOR JURY TRIAL**

Defendant, Rodney Pucak, by and through the Office of the Attorney

General, requests and demands a trial by jury on all issues triable of right by jury in the

above-entitled cause.

DATED this 14th day of July, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:   /s/ Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Dana_Burke@law.state.ak.us
TWC_ECF@law.state.ak.us
Alaska Bar No. 9011085

This is to certify that on this date, a copy of this
**demand for jury trial** is being electronically filed to:

Verne Rupright

/s/ Gilman Dana S. Burke  7/14/06