Verne E. Rupright, Esquire
ABA No: 9306013
Law office of Rupright
& Associates, LLC.
322 Main Street
Wasilla, AK 99654
(907) 373-3215
(907) 373-3217/Facsimile
E-mail: vbattny@mtaonline.net

Attorneys for Plaintiff Jerry George Jeffords

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT AT ALASKA

| | |
|---|---|
| JERRY GEORGE JEFFORDS,<br><br>           Plaintiff,<br><br>  vs.<br><br>RODNEY PUCAK and JAMES MALONEY,<br><br>           Defendants. | No: 3:06-cv-00075 (TMB)<br><br>**AFFIDAVIT OF SERVICE**<br>  (Rule 4 (f)) |

STATE OF ALASKA         )
                       ) ss:
THIRD JUDICIAL DISTRICT )

I, Verne E. Rupright, being first duly sworn upon oath, deposes and states:

(1) I am an attorney with the law office of Rupright & Associates, LLC., attorneys for Plaintiff herein.

(2) That Defendant, Rodney Pucak, was served with the Summons (Federal) and Notice To Both Parties Of Judicial Assignment, Complaint, Demand For Jury Trial by personal service on the 24th day of June, 2006. **See attached Exhibit 1, Return of**

**Service**.

(3) Defendant James Maloney to date con not be located by service.

DATED this 15th day of July, 2006.

s/Verne E. Rupright, Esquire
ABA No: 9306013
Law office of Rupright
& Associates, LLC.
322 Main Street
Wasilla, AK 99654
(907) 373-3215
(907) 373-3217/Facsimile
E-mail: vbattny@mtaonline.net

SUBSCRIBED AND SWORN to before me this 15th day of July, 2006.

Notary Public in and for Alaska
My Commission Expires: 3/25/09