IN THE   U.S. DISTRICT   COURT FOR THE STATE OF   ALASKA
THIRD JUDICIAL DISTRICT, AT   ANCHORAGE

JERRY GEORGE JEFFORDS )
)
)
-VS-                               Plaintiff(s) )
)
RODNEY PUCAK AND JAMES MALONEY )    **RETURN OF SERVICE**
)
)
Defendant(s) )
)

Case No: 06-CV-00075 TMB

I certify that on   Saturday, June 24, 2006   at   8:49 P.M.   I served the following documents
SUMMONS (FEDERAL), COMPLAINT, JURY TRIAL DEMAND

on the therein named   RODNEY PUCAK

at   975 IROQUOIS   in   Wasilla, Alaska by leaving a true and correct copy with
VICKI PUCAK, SPOUSE, A PERSON OF REASONABLE AGE AND DISCRETION RESIDING AT DEFENDANT'S RESIDENCE AND USUAL PLACE OF ABODE

Process Server / CORY WILLIAMSON

SUBSCRIBED AND SWORN to me this day of   Monday, June 26, 2006

Deborah Murphy
Notary Public in and for the State of Alaska
My Commission Expires: 5/07
(SEAL)

Attorney:  RUPRIGHT & ASSOCIATES
           322 N. MAIN STREET
           WASILLA, AK 99654
Attention: MARK NUNN
File No:
Service Fee: $35.00
Mileage:     $10.00
Endeavor:
Endeavor:

Total:       $45.00     (A.P.S.) NO:   63760

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237