Verne Rupright, Esquire
ABA No. 9306013
Law Office of Verne Rupright & Asso, LLC.
322 Main Street
Wasilla, Alaska 99654
(907) 373-3215
(907) 373-3217 Facsimile
E-mail: vbattrny@mtaonline.net

Attorney for Jerry Jefford

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY GEORGE JEFFORD ) | |
| ) | No. 3:06-cv-00075 (TMB) |
| Plaintiff, ) | |
| ) | **MOTION TO SERVE JAMES MALONEY** |
| ) | **BY PUBLICATION** |
| vs. ) | |
| ) | |
| RODNEY PUCAK and ) | |
| JAMES MALONEY ) | |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW, the plaintiff, Jerry George Jefford, by and through the Law Offices of Verne Rupright & Associates, LLC., and moves this Court for leave to serve James Maloney by publication. Service by publication is contemplated by Fed. R.Civ.P.4(e)(1) which permits service pursuant to the law in which the district is located. Ak.R.Civ.P.4(e)(1) and 4(e)(2) provides for service by publication once a showing of due diligence has been made. The process server retained by Plaintiff was unable to serve Mr. Maloney, was told that she would receive no assistance by the Mat-Su Drug Team for said

1

service and has been unable to locate Mr. Maloney. The process server's Affidavit of Due Diligence is attached as Exhibit 1.

Dated this 14th day of July, 2006.

                                        Law Offices of Verne Rupright
                                      322 Main Street
                                      Wasilla, Alaska 99654
                                      Attorney for Plaitiff Jefford
                                      (907) 373-3215 Phone
                                      (907) 373-3217 Fax

/s/ Verne Rupright ABA9306013
Attorney for the Plaintiff
Alaska Bar No. 9306013