IN THE    U.S. DISTRICT    COURT FOR THE STATE OF    ALASKA
THIRD JUDICIAL DISTRICT, AT    ANCHORAGE

| | |
|---|---|
| JERRY GEORGE JEFFORDS ) <br> ) <br> ) <br> -VS- Plaintiff(s) ) <br> ) <br> RODNEY PUCAK AND JAMES MALONEY ) <br> ) <br> ) <br> Defendant(s) ) | **RETURN OF WRIT UNSERVED** |

Case No: 3:06-CV-00075 TMB

The undersigned, first being duly sworn upon oath, deposes and says, I am returning the following documents:
<u>SUMMONS (FEDERAL), COMPLAINT, JURY TRIAL DEMAND</u>

unserved on the therein named    JAMES MALONEY    for the reason that:
AFTER CAREFUL INQUIRY AND DUE DILIGENCE, I HAVE BEEN UNABLE TO LOCATE DEFENDANT FOR SERVICE. I CONTACTED THE ALASKA STATE TROOPERS WHO ADVISED THAT OFFICER PUCAK WAS THE ONLY ONE WHO COULD CONTACT JAMES MALONEY. IN THE COURSE OF THE USUAL RESEARCH I WAS NOT ABLE TO ASCERTAIN A CURRENT ADDRESS FOR MR. MALONEY. NO FURTHER INFORMATION IS AVAILABLE. RETURN TO CLIENT,

_____
Process Server /    DEBORAH MURPHY

SUBSCRIBED AND SWORN to me this day of   Tuesday, July 11, 2006

_____
Notary Public in and for the State of Alaska
My Commission Expires: 03/06/10

(SEAL)

OFFICIAL SEAL
Mark Nunn
Notary Public-State of Alaska
My Comm. Expires 3-6-2010

| | |
|---|---|
| Attorney: | RUPRIGHT & ASSOCIATES <br> 322 N. MAIN STREET <br> WASILLA, AK 99654 |
| Attention: | MARK NUNN |
| File No: | |
| Service Fee: | $35.00 ADDITIONAL RESEARCH, TIME & MILEAGE |
| Mileage: | $10.00 |
| Endeavor: | |
| Endeavor: | |
| Total: | $45.00    (A.P.S.) NO: 63764 |

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237

Exhibit  1
Page  1  of  2