IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JERRY GEORGE JEFFORD        )
                            )
        Plaintiff,           )
                            )
vs.                         )
                            )
RODNEY PUCAK and JAMES MALONEY )
                            )
        Defendants.         )
_____) 3:06-cv-00075 (TMB)

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, the Plaintiff's Motion to serve Defendant James Maloney by publication is hereby GRANTED.

DATED this ____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
District Court Judge

LAW OFFICES OF VERNE RUPRIGHT & ASSOCIATES, LLC.
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215   Fax: (907)373-3217