Verne E. Rupright, Esquire
ABA No. 9306013
Law Office of Rupright & Associ., LLC
322 Main Street
Wasilla, AK 99654
(907) 373-3215
(907) 373-3217 / Facsimile
E-mail : vbattrny@mtaonline.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JERRY GEORGE JEFFORD )
 )
      Plaintiff, )
 )
vs. )
 )
RODNEY PUCAK and JAMES MALONEY )
 )
      Defendants. )
_____ )

3:06-cv-00075 (TMB)

### NOTICE OF FILING

COMES NOW the Plaintiff, by and through counsel, The Law Offices of Verne Rupright & Associates, LLC, Verne Rupright, and hereby gives notice of filing an order granting leave to serve James Maloney by publication.

DATED this 21st day of July 2006.

      The Law Offices of Verne Rupright
      322 Main Street Wasilla, Alaska 99652
      Attorney for the Plaintiff Jerry George Jefford
      (907) 373-3215 Phone
      (907) 373-3217 Fax
      E-mail vbattrny@mtaonline.net

      /s/Verne Rupright
      Attorney for the Plaintiff

LAW OFFICES OF VERNE RUPRIGHT & ASSOCIATES, LLC.
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215   Fax: (907)373-3217

**CERTIFICATE OF SERVICE**
This is to certify that a true and correct copy of the Notice of Filing and a proposed order granting leave to serve James Maloney by publication are being electronically served upon Gilman Dana S. Burke, Assistant Attorney General, State of Alaska Department of Law.

/s/ Verne Rupright

LAW OFFICES OF VERNE RUPRIGHT & ASSOCIATES, LLC.
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215   Fax: (907)373-3217