DAVID W. MARQUEZ
ATTORNEY GENERAL

Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK  99501
Phone: (907) 269-5190
Fax: (907) 258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY GEORGE JEFFORD, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> RODNEY PUCAK, JAMES MALONEY, ) <br> individually and in their official ) <br> capacities, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:06-cv-0075 (TMB) |

**NON-OPPOSITION TO MOTION TO SERVE
JAMES MALONEY BY PUBLICATION**

Defendant, Rodney Pucak, an Alaska State Trooper, by and through the Office of the Attorney General, hereby states his non-opposition to Plaintiff's Motion to Serve James Maloney by Publication.  Defendant Pucak agrees that since Plaintiff is unable to locate Defendant Maloney, Plaintiff is entitled to proceed with service by publication.

DATED this 3rd day of August 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: /s/ Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Dana_Burke@law.state.ak.us
TWC_ECF@law.state.ak.us
Alaska Bar No. 9011085

This is to certify that on this date, a copy of this
Non-Opposition to Motion to Serve
James Maloney by Publication is being
electronically filed to:

Verne Rupright

/s/ Gilman Dana S. Burke  Date

Non-Opposition to Motion to Serve James Maloney by Publication
*Jefford v. Pucak, et al.*
Case No.: 3:06-cv-0075 (TMB)
Page 2 of 2