IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Verne Rupright, Esquire
ABA No. 9306013
Law Office of Verne Rupright & Assoc., LLC.
322 Main Street
Wasilla, Alaska 99654
(907) 373-3215
(907) 373-3217 Facilimile
E-Mail: vbattrny @ mtaonline.net

| | |
|---|---|
| JERRY GEORGE JEFFORD )<br>)<br>    Plaintiff. )<br>)<br>vs. )<br>)<br>)<br>RODNEY PUCAK and )<br>JAMES MALONEY )<br>)<br>    Defendant. )<br>) | No. 3:06-cv-00075 (TMB)<br><br>**NOTICE OF COMPLETION OF**<br>**SERVICE BY PUBLICATION** |

COMES NOW, the palintiff, Jerry George Jefford, by and through the Law Offices of Verne Rupright & Associates, LLC., and notices this court of the compliance with Fed.R.Civ.P. 4(e)(1) and evidenced by the attached Affidavit and exhibit in this matter.

                                      Law Offices of verne Rupright
                                      322 Main Street
                                      Wasilla, Alaska 99654
                                      (907) 373-3215 Phone
                                      (907) 373-3217 Fax

                                      /s/ Verne Rupright ABA9306013
                                      Attorney for Plaintiff
                                      Alaska Bar No. 9306013

LAW OFFICE OF RUPRIGHT & ASSOCIATES, LLC
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215   Fax: (907) 373-3217