# Frontiersman
*Growing with the Valley since 1947.*

| | | |
|---|---|---|
| 5751 East Mayflower Court | | Wasilla, AK 99654 |
| (907) 352-2250 | (907) 694-6318 | (907) 352-2277 Fax |

## AFFIDAVIT OF PUBLICATION

UNITED STATES OF AMERICA, STATE OF ALASKA, THIRD DIVISION

BEFORE ME, THE UNDERSIGNED, A NOTARY PUBLIC, THIS DAY

PERSONALLY APPEARED BEFORE **KARI SLEIGHT** WHO, BEING FIRST

DULY SWORN, ACCORDING TO LAW, SAYS THAT SHE IS THE

PUBLISHER OF THE **FRONTIERSMAN** PUBLISHED AT

WASILLA, IN SAID DIVISION THREE AND STATE OF ALASKA AND

THAT THE ADVERTISEMENT, OF WHICH THE ANNEXED IS A TRUE

COPY, WAS PUBLISHED ON THE FOLLOWING DAYS:

**September 15, 22, 29, & October 6, 2006**

AND THAT THE RATE CHARGED THEREIN IS NOT IN EXCESS OF

THE RATE CHARGED PRIVATE INDIVIDUALS.

_____

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 6th, DAY OF October 2006.

_____
NOTARY PUBLIC FOR STATE OF ALASKA



OFFICIAL SEAL
TRACY ANNE RESSLER
NOTARY PUBLIC-STATE OF ALASKA
My Comm. Expires March 23, 2007

FR#9085

IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF ALASKA

JERRY GEORGE JEFFORD
Plaintiff,
vs.
RODNEY PUCAK and JAMES MALONEY
Defendants.

No. 3:06-cv-00075 (TMB)

NOTICE TO ABSENT DEFENDANT JAMES MALONEY

NOTICE IS HEREBY GIVEN that an Action in Tort and for Violation of Civil Rights was filed against you in the United States District court in Anchorage, Alaska on March 5, 2006. You must file an Answer to the Complaint filed against you or face possible default. You must file an Answer in the United States District Court and serve an Answer upon Plaintiff's counsel Verne Rupright 322 Main Street Wasilla, Alaska 99654. Failure to file an Answer within 30-days may result in a judgment against you in favor of the Plaintiff.

DATED this 12th day of September 2006 at Wasilla, Alaska. The Law Offices of Verne Rupright & Associates, LLC, Verne Rupright attorney for the Plaintiff Jerry George Jefford.
/s/ Verne Rupright.
ABA No. 9306013

FR#9085
Publish: September 15, 22, 29, October 6, 2006