DAVID W. MARQUEZ
ATTORNEY GENERAL

Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax: (907) 258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY GEORGE JEFFORD,                    )<br>                                                                 )<br>              Plaintiff,                            )<br>                                                                 )<br>    vs.                                                       )<br>                                                                 )<br>RODNEY PUCAK, JAMES MALONEY, )<br>individually and in their official              )<br>capacities,                                              )<br>                                                                 )<br>              Defendants.                        )<br>_____) | Case No. 3:06-cv-0075 (TMB)<br><br>**STIPULATION FOR**<br>**EXTENSION OF TIME TO**<br>**ANSWER COMPLAINT** |

Undersigned counsel, on behalf of their respective clients, hereby stipulate to an extension of time for James Maloney to answer the complaint. The basis for this stipulation is that the Office of the Attorney General for the State of Alaska needs to find outside counsel for Mr. Maloney and further that the parties are presently involved in settlement negotiations. Maloney's answer will be due on or before December 15, 2006.

DATED this ___ day of October, 2006, at Wasilla, Alaska.

        RUPRIGHT & ASSOCIATES


        By:
          Verne E. Rupright
          Rupright & Associates
          322 Main Street
          Wasilla, AK 99654
          Phone: (907) 373-3215
          Fax: (907) 258-0760
          vbattrny@mtaonline.net qigniq@yahoo.com
          Alaska Bar No. 9306013

DATED this ___ day of October, 2006, at Anchorage, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL


        By:
          Gilman Dana S. Burke
          Assistant Attorney General
          Office of the Attorney General
          1031 W. 4th Ave., Ste. 200
          Anchorage, AK 99501
          Phone: (907) 269-5190
          Fax: (907) 258-0760
          Dana_Burke@law.state.ak.us
          TWC_ECF@law.state.ak.us
          Alaska Bar No. 9011085


This is to certify that on this date, a copy of this
**Stipulation for Extension of Time**
is being electronically served to:

Verne Rupright
vbattrny@mtaonline.net qigniq@yahoo.com

/s/ Gilman Dana S. Burke
       Date

Stipulation for Extension of Time
*Jefford v. Puckak, et al.*
Case No.: 3:06-cv-0075-TMB
Page 2 of 2