DATED this 23 day of October, 2006, at Wasilla, Alaska.

RUPRIGHT & ASSOCIATES

By: /s/ Verne Rupright

Verne E. Rupright
Rupright & Associates
322 Main Street
Wasilla, AK 99654
Phone: (907) 373-3215
Fax:    (907) 258-0760
vbattrny@mtaonline.net  qigniq@yahoo.com
Alaska Bar No. 9306013

DATED this 26th day of October, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: /s/ David Koechny for
Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Dana_Burke@law.state.ak.us
TWC_ECF@law.state.ak.us
Alaska Bar No. 9011085

This is to certify that on this date, a copy of this
**Stipulation for Extension of Time**
is being electronically served to:

Verne Rupright
vbattrny@mtaonline.net  qigniq@yahoo.com

/s/ Gilman Dana S. Burke    10/23/06
                Date

Stipulation for Extension of Time
*Jefford v. Puckak, et al.*
Case No.: 3:06-cv-0075-TMB
Page 2 of 2

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100