CRAIG J. TILLERY
ACTING ATTORNEY GENERAL

Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK  99501
Phone: (907) 269-5190
Fax: (907) 258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY GEORGE JEFFORD,              ) | |
|              ) | |
|         Plaintiff,              ) | Case No. 3:06-cv-0075 (TMB) |
|              ) | |
|     vs.              ) | |
|              ) | |
| RODNEY PUCAK, JAMES MALONEY,    ) | **NOTICE OF SETTLEMENT** |
| individually and in their official  ) | |
| capacities,              ) | |
|              ) | |
|         Defendants.              ) | |
|              ) | |

Defendant Rodney Pucak, an Alaska State Trooper, by and through the Office of the Attorney General, hereby informs the Court that this case has settled. The parties are in the process of accomplishing the settlement terms and preparing settlement papers. Within 30 days from the date of this filing, the parties will submit additional paperwork to the Court in order to achieve a dismissal of all claims, with prejudice. The undersigned certifies that he is filing this settlement notice with the

permission of attorney Verne Rupright, counsel of record for plaintiff Jerry George Jefford.

DATED this 15th day of December, 2006, at Anchorage, Alaska.

CRAIG J. TILLERY
ACTING ATTORNEY GENERAL

By:
Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Dana_Burke@law.state.ak.us
TWC_ECF@law.state.ak.us
Alaska Bar No. 9011085

This is to certify that on this date, a copy of this
**Notice of Settlement**
is being electronically served to:

Verne Rupright
vbattrny@mtaonline.net qigniq@yahoo.com

/s/ Gilman Dana S. Burke        12/15/06
                                Date

Notice of Settlement
*Jefford v. Puckak, et al.*
Case No.: 3:06-cv-0075-TMB
Page 2 of 2