TALIS J. COLBERG
ATTORNEY GENERAL

Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax: (907) 258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| JERRY GEORGE JEFFORD, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 3:06-cv-0075 (TMB) |
| vs. | ) | |
| RODNEY PUCAK, JAMES MALONEY, individually and in their official capacities, | ) | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| Defendants. | ) | |

The parties, through undersigned counsel, and pursuant to Federal Civil Rule 41(a)(1)(ii), hereby stipulate and agree that all claims asserted against all defendants in this action are dismissed with prejudice, each side to bear its own costs and attorney fees. Defendant James Maloney has not entered an appearance and therefore his consent to dismissal is not necessary. The parties certify that they have submitted the information required under AS 09.68.130 and Civil Rule 41(a)(3) to the Alaska Judicial Council.

This is to certify that on this date, a copy of this
**Stipulation for Dismissal with Prejudice**
is being electronically served to:

Verne Rupright
vbattrny@mtaonline.net; qigniq@yahoo.com

/s/ Gilman Dana S. Burke
                          Date

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Stipulation for Dismissal with Prejudice
*Jefford v. Puckak, et al.*
Case No.: 3:06-cv-0075-TMB
Page 3 of 3

DATED this 2 day of February, 2007, at Wasilla, Alaska.

RUPRIGHT & ASSOCIATES
Attorney for Plaintiff, Jeffery George Jefford

By: /s/ Verne Rupright

Verne E. Rupright
Rupright & Associates
322 Main Street
Wasilla, AK 99654
Phone: (907) 373-3215
Fax:   (907) 258-0760
vbattny@mtaonline.net qigniq@yahoo.com
Alaska Bar No. 9306013

DATED this 2 day of February, 2007, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL
Attorney for Defendant, Rodney Pucak

By: /s/

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:   (907) 258-0760
Dana_Burke@law.state.ak.us
TWC_ECF@law.state.ak.us
Alaska Bar No. 9011085

Stipulation for Dismissal with Prejudice
*Jefford v. Puckak, et al.*
Case No.: 3:06-cv-0075-TMB
Page 2 of 3